AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY,<br>　　　　　Plaintiff,<br>　　　V.<br>DREW LOFSTAD, BROOK M. LOFSTAD,<br>D&S MASONRY CONTRACTORS, LLC,<br>D&R GENERAL CONTRACTING, LLC<br>AND AMANDA K. CLAY,<br>　　　　　Defendants. | **CERTIFICATION OF JUDGMENT<br>FOR REGISTRATION IN<br>ANOTHER DISTRICT**<br><br>Case Number:　2:04-CV-00310-RBP<br><br>2:06-MC-3350-MEF |

I, __Sharon Harris__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __7/5/2005__, as it appears in the records of this court, and that
Date

__No notice of appeal form the judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.__

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

__JAN - 8 2007__　　　　　　　　　　　　　　　　　　　　__Sharon Harris__
Date　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　__Shirley Brown__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
2006 Jul-05 AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:04-cv-00310-RBP ) |
| DREW LOFSTAD, BROOKE M. LOFSTAD, CLYDE LOFSTAD, D & S MASONRY CONTRACTORS, LLC, D & R GENERAL CONTRACTING, LLC, and AMANDA K. CLAY, | ) 2:06-MC-3350-MEF ) ) ) ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and on motion of plaintiff filed on May 30, 2006, it is hereby **ORDERED, ADJUDGED,** and **DECREED** this action is **DISMISSED WITH PREJUDICE** as to defendant Clyde Lofstad. As to defendant Amanda K. Clay, judgment is entered in favor of the plaintiff and against the defendant Amanda K. Clay in the amount of $48,839.62.

**DONE** and **ORDERED** this the 5th day of July, 2006.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
DEPUTY CLERK