IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION 2007 JAN 18 A 9: 48

THE PEOPLES BANK AND TRUST     )
COMPANY,                       )
                               )
              Plaintiff,       )
                               )
vs.                            )
                               )          MISC. NO.
DREW LOFSTAD, BROOK M.         )       2:06-MC-3350-MEF
LOFSTAD, D&S MASONRY           )
CONTRACTORS, LLC, D&R GENERAL  )
CONTRACTING, LLC and AMANDA    )
K. CLAY,                       )
                               )
              Defendants.      )

### APPLICATION FOR WRIT OF GARNISHMENT

The Peoples Bank and Trust Company makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Case No. 2:04-cv-00310-RBP entered against the defendant, Amanda K. Clay; whose last known address is 110 Lynn Lane, Apt. 21B, Starkville, MS 39759-3980, in the above cited action in the amount of $48,839.62. No interest or costs are claimed.

The defendant has failed to satisfy this debt. The Garnishee is believed to be indebted to said defendant pursuant to a notary bond(s) including, but not necessarily limited to bond # NOC 934002.

7162.2

The name and address of the Garnishee or its authorized agent is:

>       RLI Insurance Co.
>       c/o Alabama Commissioner of Insurance
>       201 Monroe Street, Suite 1700
>       Montgomery, AL  36104

Submitted this 17ʰ day of January, 2007.

_____
Deanna L. Weidner (WEI038)
Attorney for The Peoples Bank and
Trust Company

OF COUNSEL:

WALLER, LANSDEN, DORTCH & DAVIS, LLP
AmSouth-Harbert Plaza, Suite 1400
1901 6th Avenue North
Birmingham, AL  35203
Phone:  205-214-6380
Fax:  205-214-8787

7162.2                              2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE PEOPLES BANK AND TRUST        )
COMPANY,                          )
                                  )
                                  )
            Plaintiff,            )
                                  )
vs.                               )
                                  )            MISC. NO.
                                  )         2:06-MC-3350-MEF
DREW LOFSTAD, BROOK M.            )
LOFSTAD, D&S MASONRY              )
CONTRACTORS, LLC, D&R GENERAL     )
CONTRACTING, LLC and AMANDA       )
K. CLAY,                          )
                                  )
            Defendants.           )

INSTRUCTIONS TO THE GARNISHEE

Attached is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody, or control any of the property or funds of the debtor listed therein, or any other property of the debtor. Title 28, United States Code, Section 3205(c)(2)(E) requires that you file a written Answer within 10 days of your receipt of this Writ with the Court and serve a copy of the Answer upon the debtor and counsel for The Peoples Bank and Trust Company. You are further required to withhold and retain any property or funds in which the debtor has a substantial non-exempt interest.

1.   AMOUNT GARNISHED.   The principal amount is set out in the Writ of Garnishment or Affidavit served upon you. No interest or costs are claimed.

2.   The Garnishee is believed to be indebted to said defendant pursuant to a notary bond(s) including, but not necessarily limited to bond # NOC 934002.

7163.2

Mail Remittances to:          Clerk, U.S. District Court
                              Middle District of Alabama
                              P. O. Box 711
                              Montgomery, AL  36101

      Your check or money order should be made payable to "**Clerk, U.S. District Court.**"  Indicate on each remittance the name of the case and the Court Number, so that proper credit will be given.

      **IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S PROPERTY WHICH YOU FAILED TO WITHHOLD.  ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY FEE IF A PETITION TO THE COURT IS FILED REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

      If you have any additional questions, please call Ms. Deanna L. Weidner at (205) 214-6380, or write to: Waller, Lansden, Dortch & Davis, LLP, 1901 6th Avenue North, Suite 1400, Birmingham, Alabama, 35203.

7163.2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE PEOPLES BANK AND TRUST )
COMPANY, )
)
            Plaintiff, )
)
vs. )
)                      MISC. NO.
DREW LOFSTAD, BROOK M. )            2:06-MC-3350-MEF
LOFSTAD, D&S MASONRY )
CONTRACTORS, LLC, D&R GENERAL )
CONTRACTING, LLC and AMANDA )
K. CLAY, )
)
            Defendants. )

## NOTICE OF GARNISHMENT AND INSTRUCTIONS TO DEBTOR

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you on July 5, 2005. The Garnishment was served on RLI Insurance Co., garnishee, and it is believed that the garnishee may have property of yours in its custody, possession or control.

Specifically, the Garnishee is believed to be indebted to you pursuant to a notary bond(s) including, but not necessarily limited to bond # NOC 934002.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written Objection to explain why you think these funds are exempt from execution under state of federal law and request a hearing, a Court Order will be entered attaching

7164.2

the funds or property and the funds or property will be applied against the Judgment owed The Peoples Bank and Trust Company.

Any Objection that you file to contest the Garnishment must be filed in the Office of the Clerk of the United States District Court, Middle District of Alabama, at One Church Street, or Post Office Box 711, Montgomery, Alabama 36101. The Objection must state your reasons for believing that this property is not subject to attachment by The Peoples Bank and Trust Company. A copy of the Objection or other pleadings must also be served on: (1) Deanna L. Weidner, Waller, Lansden, Dortch & Davis, LLP, 1901 6th Avenue North, Suite 1400, Birmingham, Alabama, 35203 and (2) RLI Insurance Co. c/o Alabama Commissioner of Insurance, 201 Monroe Street, Suite 1700 Montgomery, AL 36104.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

_____
Deanna L. Weidner (WEI038)
Attorney for The Peoples Bank and
Trust Company

OF COUNSEL:

WALLER, LANSDEN, DORTCH & DAVIS, LLP
AmSouth-Harbert Plaza, Suite 1400
1901 6th Avenue North
Birmingham, AL 35203
Phone: 205-214-6380
Fax: 205-214-8787

7164.2                                  2