IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DREW LOFSTAD, BROOK M. LOFSTAD, D&S MASONRY CONTRACTORS, LLC, D&R GENERAL CONTRACTING, LLC and AMANDA K. CLAY, )<br>)<br>Defendants. ) | MISC. NO.<br>2:06-MC-3350-MEF |

### WRIT OF GARNISHMENT

GREETINGS TO:   RLI Insurance Co
c/o Alabama Commissioner of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL  36104

An Application for a Writ of Garnishment against the property of Amanda K. Clay, defendant, has been filed with this Court.  A Judgment has been entered against the above-named defendant in the amount of $48,839.62.  No interest or costs are claimed.  You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposal earnings.

Upon information and belief, you are indebted to Amanda K. Clay pursuant to a notary bond(s), including but not limited to bond #NOC 934002.

7165.2

You must file the original written Answer to this Writ within ten (10) days of your receipt of this Writ with the United states District Clerk at: Clerk, U.S. District Court, Middle District of Alabama, One Church Street, Montgomery, Alabama 36101. Additionally, you are required by law to serve a copy of your answer upon the debtor whose last known address is 110 Lynn Lane, Apt. 21B, Starkville, MS, 39759-3980, and upon Deanna L. Weidner, Waller, Lansden, Dortch & Davis, LLP, 1901 6th Avenue North, Suite 1400, Birmingham, Alabama, 35203.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the Court may be petitioned for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, this Court may enter a Judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

Dated this the 19th day of January, 2007.

*Debra P. Hackett*
UNITED STATES DISTRICT CLERK

*Cheryl K. Lent*
*Deputy Clerk*

7165.2                                2