| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See instructions for "Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>THE PEOPLES BANK AND TRUST COMPANY | COURT CASE NUMBER<br>3:06-mc-3350-MEF |
|---|---|
| DEFENDANT<br>AMANDA K. CLAY | TYPE OF PROCESS  Writ of Garnishment<br>app. for Writ, Inst. a Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RLI INSURANCE c/o Alabama Commissioner of Insurance, Alabama Department of Insurance
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
201 Monroe Street, Suite 1700, Montgomery, AL 36104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Waller Lansden Dortch & Davis, LLP
ATTN: Deanna L. Weidner
1901 Sixth Avenue North, Suite 1400
Birmingham, AL 35203

| Number of process to be served with this Form 285 | 4 | Application, Inst., Notice & Writ |
|---|---|---|
| Number of parties to be served in this case | 1 | |
| Check for service on U.S.A. | | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Insur. Dept. Phone: 334-241-4117
Insur. Dept. Fax:   334-240-7581

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 205-214-6380
DATE: 1-17-07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>1/19/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
John C. Norman

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
415 E. Commerce Ave.
Greenville, AL 36037

Date: 01/24/07   Time: 12:06 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy  3984

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90 | 40.05 | ∅ | 130.05 | 50.00 | $80.05 |

REMARKS:
1 DUSM @ 2 hours + 90 miles R/T

RETURNED AND FILED
JAN 26 2007

PRIOR EDITIONS MAY BE USED
**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

SCANNED
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

POR 12907