IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY, ) ) ) | |
| Plaintiff, ) ) | MISC NO. 2:06-MC-3350-MEF |
| vs. ) ) | |
| DREW LOFSTAD, BROOK M. LOFSTAD, ) D&S MASONRY CONTRACTORS, LLC, ) D&R GENERAL CONTRACTORS, LLC and ) AMANDA K. CLAY, ) ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

COME NOW Ahrian Davis Tyler, W. Calvin Bomar, and Christian & Small, LLP and enter their appearance on behalf of RLI Insurance Company, surety for Defendant Amanda K. Clay.

s/Ahrian Davis Tyler
**Ahrian Davis Tyler**
**W. Calvin Bomar**
Attorneys for Defendant
RLI Insurance Company

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 20th Street North
Suite 1800 Financial Center
Birmingham, AL  35203-2696
Telephone (205) 795-6588
Facsimile (205) 328-7234

## **CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 7th day of February, 2007:

**Deanna L. Weidner, Esq.**
Waller, Lansden, Dortch & Davis, LLP
1901 6th Avenue North, Suite 1400
Birmingham, AL 35203

**Amanda Clay**
110 Lynn Lane, Apt. 21B
Starkville, MS 39759-3980

                                                  s/Ahrian Davis Tyler
                                                  Of Counsel