IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) DREW LOFSTAD, BROOK M. LOFSTAD, ) D&S MASONRY CONTRACTORS, LLC, ) D&R GENERAL CONTRACTORS, LLC and ) AMANDA K. CLAY, ) ) Defendants. ) | MISC NO. 2:06-MC-3350-MEF |

## ANSWER OF RLI INSURANCE COMPANY TO WRIT OF GARNISHMENT BY THE PEOPLES BANK AND TRUST COMPANY

COMES NOW RLI Insurance Company ("RLI"), and for its Answer to the Writ of Garnishment filed by The Peoples Bank and Trust Company ("Peoples Bank") states as follows:

1. RLI denies that it has in its custody, control or possession, any property owned by the debtor, Amanda Clay, including non-exempt, disposal earnings.

2. RLI denies that it is indebted to Amanda Clay pursuant to a notary bond.

3. RLI admits that RLI issued a $10,000 notary bond to Amanda Clay (NOC 934002). However, Amanda Clay has no ownership interest in this bond.

4. There have been no previous garnishments to which such alleged property is subject.

5. The garnishee does not anticipate any amount becoming due to Amanda Clay in the future.

6. Any amounts due from RLI to Amanda Clay, if such were possible and due, would be paid in one lump sum amount.

RLI Insurance Company

By: _Everett Fritz, II_

Its: _Commercial Surety Claim Mgr._

## VERIFICATION

STATE OF _ILLINOIS_ )
_PEORIA_ COUNTY )

    Before me, the undersigned authority, a notary public in and for said county and state, personally appeared _Everett Fritz, II_, who being first duly sworn, makes oath that he/she has read the foregoing petition and knows the contents thereof, and that he/she is informed and believes, and upon such information and belief, avers that the facts alleged therein are true and correct.

    Subscribed and sworn to before me this the _6_ day of February, 2007.

_Jennifer G. Kaak_
Notary Public

"OFFICIAL SEAL"
JENNIFER G. KAAK
COMMISSION EXPIRES 04/25/09

OF COUNSEL

Ahrian Davis Tyler
W. Calvin Bomar
**CHRISTIAN AND SMALL LLP**
Attorneys and Counselors
505 North Twentieth Street, Suite 1800
Birmingham, Alabama 35203
(205) 795-6588
(205) 328-7234 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 7th day of February, 2007:

**Deanna L. Weidner, Esq.**
Waller, Lansden, Dortch & Davis, LLP
1901 6th Avenue North, Suite 1400
Birmingham, AL 35203

**Amanda Clay**
110 Lynn Lane, Apt. 21B
Starkville, MS 39759-3980

*/s/ [signature]*
Of Counsel