IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DREW LOFSTAD, BROOK M. )<br>LOFSTAD, D&S MASONRY )<br>CONTRACTORS, LLC, D&R )<br>GENERAL CONTRACTING, LLC )<br>and AMANDA K. CLAY, )<br>)<br>Defendants. ) | MISC. NO.<br>2:06-MC-3350-MEF |

## JOINT MOTION TO TRANSFER

Come Now the Peoples Bank and Trust Company ("Peoples Bank") and RLI Insurance ("RLI") and jointly move this Court to transfer this garnishment proceeding to the United States District Court for the Northern District of Alabama, Southern Division. As support for their motion, Peoples Bank and RLI assert the following.

1.   Peoples Bank obtained a default judgment against Amanda Clay in the Northern District of Alabama on July 5, 2005.

2.   Peoples Bank applied to the Northern District of Alabama to issue a writ of garnishment to RLI on December 6, 2006.

3.   Rather than issue a writ of garnishment, the Northern District of Alabama clerk of court required Peoples Bank to register the judgment in the Middle district in order to issue the writ of garnishment.

7732.5

4. In order to have the writ issued, Peoples Bank registered the judgment in the Middle District of Alabama, and issued and served the writ upon RLI's registered agent located in the Middle District.

5. RLI's counsel is located in the Northern District of Alabama; and, counsel for People's Bank is also located in the Northern District of Alabama.

6. The Northern District Court, due to Case No. 2:04-cv-00310-RBP, is familiar with the facts of this case, which may become material in any contest of RLI's answer.

WHEREFORE, Premises Considered, in the interest of justice and for the convenience of the parties, all parties to this action respectfully request that this Court transfer the garnishment proceedings to the Northern District of Alabama.

Respectfully submitted,

 /s/ Deanna L. Weidner
David B. Anderson
Deanna L. Weidner
Attorneys for Peoples Bank & Trust Co.

OF COUNSEL:

WALLER, LANSDEN, DORTCH & DAVIS, LLP
AmSouth-Harbert Plaza, Suite 1400
1901 6th Avenue North
Birmingham, AL  35203
Phone:  (205) 214-6380
Fax:     (205) 214-8787
deanna.weidner@wallerlaw.com

7732.5                                            2

      /s/ W. Calvin Bomar
W. Calvin Bomar
Attorney for RLI Insurance Co.

OF COUNSEL:

CHRISTIAN AND SMALL, LLP
505 North Twentieth Street, Suite 1800
Birmingham, AL  35203
Telephone:  (205) 795-6588
Facsimile:   (205) 328-7234
wcb@csattorneys.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY, ) ) ) **Plaintiff,** ) ) vs. ) ) DREW LOFSTAD, BROOK M. ) LOFSTAD, D&S MASONRY ) CONTRACTORS, LLC, D&R ) GENERAL CONTRACTING, LLC ) and AMANDA K. CLAY, ) ) **Defendants.** ) | MISC. NO. 2:06-MC-3350-MEF |

## AGREED ORDER

This cause having come to be heard upon the joint motion of The Peoples Bank & Trust Company ("Peoples Bank") and RLI Insurance Company ("RLI") for the transfer of this action to the District Court for the Northern District of Alabama, Southern Division; and this Court, having considered the agreement of the parties and the Court from which the underlying judgment was obtained, is of the opinion that this Order is due to be entered.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that this action is hereby transferred to the Northern District of Alabama, Southern Division.

DONE this _____ day of March, 2007.

_____
Mark E. Fuller, Chief Judge
United States District Court for the Middle District of Alabama

7733.2

**This order consented to by:**

W. Calvin Bomar
Christian and Small LLP
505 North Twentieth Street, Suite 1800
Birmingham, AL  35203
Telephone:   (205) 795-6588
Facsimile:    (205) 328-7234
wcb@csattorneys.com

Deanna L. Weidner
Waller Lansden Dortch & Davis, LLC
AmSouth Harbert Plaza
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone:   (205) 214-6380
Facsimile:    (205) 214-8787
deanna.weidner@wallerlaw.com