IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-mc-3350-MEF ) |
| DREW LOFSTAD, *et al.*, | ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion to Transfer (Doc. #7) filed on March 8, 2007, it is hereby

ORDERED that the motion is GRANTED.

The Clerk of Court is DIRECTED to transfer this case to the Northern District of Alabama.

DONE this the 13th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE