| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x F Calahan   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>F Calahan   3-14-07 |
| 1. Article Addressed to:<br><br>Clerk, U.S. District Court<br>Northern District of Alabama<br>140 U.S. Courthouse<br>1729 5th Avenue, North<br>Birmingham, AL 35203<br><br>06 mc 3350 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2007 MAR 15 P 12: 01<br>UNITED STATES<br>MARSHALS SERVICE<br>MIDDLE DIST. ALABAMA<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0002 8193 2146 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540